# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-2163

_____

Frank Applewhite-Bey,
        Appellant,

v.

Lewis C. Tripoli, M.D.; Dean
Lee, M.D.; Correctional Medical
Services, Inc.,

        Appellees.

\*
\*
\*
\*
\* Appeal from the United States
\* District Court for the
\* District of Minnesota.
\*
\* [UNPUBLISHED]
\*
\*
\*

_____

Submitted: June 26, 2008
Filed: July 10, 2008

_____

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Arkansas inmate Frank Applewhite-Bey appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action in which he had alleged that defendants were deliberately indifferent to his chronic dry-skin condition. He also appeals the denial of two of his motions. After carefully reviewing the record and

_____

[1]The Honorable David S. Doty, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Raymond L. Erickson, United States Magistrate Judge for the District of Minnesota.

Applewhite-Bey's arguments, we find no basis for reversal of the order granting summary judgment.  See Popoalii v. Corr. Med. Svcs., 512 F.3d 488, 499 (8th Cir. 2008) (standard of review).  We also conclude that the district court did not abuse its discretion in denying the challenged motions.  Accordingly, we affirm the judgment. See 8th Cir. R. 47B.  We also deny the pending motion for oral argument.

_____